IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | | |
|---|---|---|
| Civil Action: | 12-cv-00053-MSK-BNB | Date: August 28, 2012 |
| Courtroom Deputy: | Julie Dynes | FTR: BNB COURTROOM A-401 |

| *Parties* | *Attorney(s)* |
|---|---|
| MAJOR JON MICHAEL SCOTT<br>**Plaintiff(s)** | Amy F. Robertson |
| v. | |
| THE CITY AND COUNTY OF DENVER<br>**Defendant(s)** | Joseph M. Rivera |

## COURTROOM MINUTES

**MOTIONS HEARING**

Court in Session: 3:00 p.m.

Appearance of counsel.

Argument presented on Plaintiff's Motion to Compel [21]. The Court notes Major is not a title, but is Plaintiff's first name.

**ORDERED:** As specified on the record, Plaintiff's Motion to Compel [21] is GRANTED. Search is limited to current systems from the time of their installation and is to include information from Deaf Advocate. Cost of search is not to exceed $20,000. Name and identifying (contact) information is to be provided by the defendant to the plaintiff by September 28, 2012.

Court in Recess: 3:56 p.m.     Hearing concluded.     Total time in Court: 00:56

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119