IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 12-cv-00053-MSK-BNB

MAJOR JON MICHAEL SCOTT,

Plaintiff,

v.

THE CITY AND COUNTY OF DENVER,

Defendant.
_____

**ORDER**
_____

This matter arises on the **Plaintiff's Motion to Compel** [Doc. # 21, filed 7/27/2012]. I held a hearing on the Motion to Compel on August 28, 2012, and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1)   The Motion to Compel [Doc. # 21] is GRANTED IN PART and DENIED IN PART as follows:

•GRANTED to require the defendant to search the Records Management System utilized by the Denver Police Department from its implementation and provide to the plaintiff the names and contact information for all deaf and hard of hearing detainees identified therein;

•GRANTED to require the defendant to search the Jail Management System utilized by the Denver Sheriff Department from its implementation and provide to the plaintiff the names and contact information for all deaf and hard of hearing detainees identified therein;

•GRANTED to require the defendants to produce unredacted copies of the

Offender Alerts which are attached as Exhibit 3 to the Robertson Declaration; and

•GRANTED to require the defendants to produce responsive information known to or contained in the files and records of the "deaf advocate program" referred to in Plaintiff's Second Discovery to Defendant [Doc. # 21-1] at ¶14;

•DENIED as moot with respect to Production Request No. 3; and

•DENIED in all other respects.

(2)     The defendant shall provide supplemental discovery responses as required by this Order, in conformity with the formalities of the Federal Rules of Civil Procedure, on or before **September 28, 2012**.

Dated August 29, 2012.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge