IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

---

Civil Action:      12-cv-00053-MSK-BNB           Date: November 30, 2012
Courtroom Deputy:  Julie Dynes                    FTR: BNB COURTROOM A-401

---

| *Parties* | *Attorney(s)* |
|---|---|

MAJOR JON MICHAEL SCOTT                         *Amy F. Robertson*
            **Plaintiff(s)**

**v.**

THE CITY AND COUNTY OF DENVER                   *Joseph M. Rivera*
            **Defendant(s)**

---

## COURTROOM MINUTES

---

**MOTIONS HEARING**

Court in Session: 10:03 a.m.  Appearance of counsel.

Argument presented on [47] Plaintiff's Motion to Amend Scheduling Order to Permit Additional Depositions.

**ORDERED:  [47] Plaintiff's Motion to Amend Scheduling Order to Permit Additional Depositions is GRANTED IN PART. Defendant is to identify any person who will serve as a witness, had first-hand contact with the plaintiff, and will testify that the plaintiff had effective communication skills. List is to be provided on or before December 14, 2012. Plaintiff may depose anyone on the list provided, but may not exceed 20 hours of depositions. The minimum notice of deposition is hereby waived for these deponents only. These depositions count as a total of 2 out of the 10 previously ordered.**

Argument presented on [49] Motion to Compel Independent Examination of Plaintiff Pursuant to Fed. R. Civ.P. 35.

**ORDERED:  [49] Motion to Compel Independent Examination of Plaintiff Pursuant to Fed. R. Civ.P. 35 is GRANTED with conditions. Examination is to occur in Denver and is to be in a normal observation room where security is provided by glass or video feed. Plaintiff's representative is allowed to observe in the**

**same manner as the guard. Only the Plaintiff and expert are to be in the observation room.**

Court in Recess: 11:06 a.m.    Hearing concluded.     Total time in Court: 01:03