IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 12-cv-00053-MSK-BNB

MAJOR JON MICHAEL SCOTT,

Plaintiff,

v.

THE CITY AND COUNTY OF DENVER,

Defendant.
_____

**ORDER**
_____

This matter arises on **Plaintiff's Motion Re: the Thirty-Two Additional Witnesses Disclosed By Defendant on December 14, 2012** [Doc. # 72, filed 12/18/2012] (the "Motion"). I held a hearing on the Motion this morning and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1)     On or before January 18, 2013, the defendant shall identify all witnesses it will or may call to testify at trial on the issue of the plaintiff's effective communication skills. The plaintiff may depose all identified witnesses, no matter how many and without regard to any limitation on the number of depositions previously imposed. In the event the defendant identifies more than five such witnesses, the depositions of the witnesses beyond the initial five shall be at the defendant's expense;

(2)     Discovery is extended to and including March 1, 2013, solely to allow the plaintiff to depose the witnesses identified by the defendant to testify on the issue of the

plaintiff's effective communication skills;

  (3) On or before January 11, 2013, the defendant shall make Rule 26(a)(1) disclosures of each individual likely to have discoverable information that the defendant may use to support its defense that the plaintiff possesses effective communication skills; and

  (4) The defendant shall supplement its response to Interrogatory 12 on or before January 11, 2013.

  Dated December 19, 2012.

            BY THE COURT:

            s/ Boyd N. Boland
            United States Magistrate Judge