IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00053-MSK-BNB

MAJOR JON MICHAEL SCOTT,

Plaintiff,

v.

THE CITY AND COUNTY OF DENVER,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Plaintiff's Unopposed Motion for Leave to File Reply Brief in Support of Motion to Deem Requests for Admission Admitted or, in the Alternative, to Compel Responses** [docket no. 91, filed January 9, 2013] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is directed to accept the attached Plaintiff's Reply Brief in Support of Motion to Deem Requests for Admission Admitted or, in the Alternative to Compel Responses.

DATED:  January 9, 2013