IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | | |
|---|---|---|
| Civil Action: | 12-cv-00053-MSK-BNB | Date: December 19, 2012 |
| Courtroom Deputy: | Julie Dynes | FTR: BNB COURTROOM A-401 |
| | | Court Reporter: Tamara Hoffschildt |

| *Parties* | *Attorney(s)* |
|---|---|
| MAJOR JON MICHAEL SCOTT | *Amy F. Robertson* |
| **Plaintiff(s)** | |
| v. | |
| THE CITY AND COUNTY OF DENVER | *Joseph M. Rivera* |
| | *Carol Liang* |
| **Defendant(s)** | |

## COURTROOM MINUTES

**MOTIONS HEARING**

Court in Session:  1:34 p.m.  Appearance of counsel.

Argument presented on [59] Motion to Compel Responses to Defendant's First set of Discovery Requests to Plaintiff, [60] Plaintiff's Motion to Compel, [99] Motion for Leave to Depose Plaintiff Pursuant to Fed.R.Civ.P. 30(1)(2)(B).

For reasons stated on the record, it is

**ORDERED:  [59] Motion to Compel Responses to Defendant's First set of Discovery Requests to Plaintiff is GRANTED in part and DENIED in part.**

> **Plaintiffs are to submit supplemental responses to interrogatories 1-7, 10-14, and 16. Request by defense to serve new interrogatories, GRANTED by the Court. Defendant may serve six (6) new interrogatories by January 30, 2013.**

> **Supplemental responses, releases as to educational and medical records, cell phone contracts in Plaintiff's custody, care or control, as indicated on the record, to be submitted on or before February 11, 2013.**

>    **Production of social media documents to be turned over by February
>    15, 2013.**

**[60] Plaintiff's Motion to Deem Requests for Admissions Admitted or, in the
Alternative, to Compel Responses is GRANTED in part and DENIED in part.**

>    **Plaintiff is to admit, deny, or state a reason why it can neither admit
>    nor deny request numbers 1 and 19.**

>    **The Court FINDS the defendant has answered requests 2 through 18.**

**[99] Motion for Leave to Depose Plaintiff Pursuant to Fed.R.Civ.P. 30(1)(2)(B)
is GRANTED.**

>    **Defendant must provide and pay for two (2) American Sign Language
>    interpreters that are agreed upon by the parties. Defendant must also
>    provide and pay for one (1) Certified Deaf Interpreter. If Plaintiff
>    would like an additional CDI Interpreter, it will be at their expense.
>    Deposition may be fourteen (14) hours in length.**

**Discovery cut-off extended to April 1, 2013, solely for the deposition
of Plaintiff.**

**Dispositive motions deadline extended to May 6, 2013.**

Court in Recess:  3:33 p.m.    Hearing concluded.    Total time in Court: 01:59