IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | | |
|---|---|---|
| Civil Action: | 12-cv-00053-MSK-BNB | Date: April 23, 2013 |
| Courtroom Deputy: | Julie Dynes | FTR: BNB COURTROOM A-401 |

| *Parties* | *Attorney(s)* |
|---|---|
| MAJOR JON MICHAEL SCOTT **Plaintiff(s)** | *Amy F. Robertson* |
| v. | |
| THE CITY AND COUNTY OF DENVER **Defendant(s)** | *Joseph M. Rivera* |

### COURTROOM MINUTES

**MOTIONS HEARING**

Court in Session: 1:32 p.m.

Appearance of counsel.

Argument presented on [120] Motion for Protective Order Pursuant to Fed.R. Civ.P.30(d)(3).

For reasons stated on the record, it is

**ORDERED:   [120] Motion for Protective Order Pursuant to Fed.R. Civ.P.30(d)(3) is GRANTED.**

Court in Recess: 2:05 p.m.     Hearing concluded.     Total time in Court: 00:33

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119