IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 12-cv-00053-MSK-BNB

MAJOR JON MICHAEL SCOTT,

Plaintiff,

v.

THE CITY AND COUNTY OF DENVER,

Defendant.

_____

## ORDER
_____

This matter arises on the defendant's **Motion for Protective Order** [Doc. # 120, filed 3/18/2013] (the "Motion"). I held a hearing on the Motion this afternoon and made rulings on the record, which are incorporated here.

IT IS ORDERED that the Motion [Doc. # 120] is GRANTED, and the discovery shall not be had.

Dated April 23, 2013.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge