IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00053-MSK-BNB

MAJOR JON MICHAEL SCOTT,

    Plaintiff,

v.

THE CITY & COUNTY OF DENVER,

    Defendant.

---

## JUDGMENT PURSUANT TO FED. R. CIV. P. 68

---

Pursuant to the offer of judgment served April 26, 2013 and the acceptance thereof filed May 9, 2013, with proof of service, and in accordance with the Federal Rule of Civil Procedure 68, it is

ORDERED that judgment is hereby entered for Plaintiff Major Jon Michael Scott and against Defendant the City and County of Denver in the amount of $15,000. That amount is exclusive of any accrued reasonable costs and attorney fees, with such reasonable costs and attorney fees to be determined by the court. It is

FURTHER ORDERED that post-judgment interest shall accrue at the rate of 0.12% from the date of entry of judgment.

DATED at Denver, Colorado this 22nd of May, 2013.

                                      JEFFREY P. COLWELL, CLERK

                                      By:   s/ Edward P. Butler
                                               Edward Butler, Deputy Clerk